E-FILED 05-27-08

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SLOWICK, an individual doing business as GREEN PARK PRODUCTIONS,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMCAST ENTERTAINMENT GROUP, a business entity of unknown form; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV07-06969 PSG (PLAx)<br><br>**[PROPOSED] JUDGMENT**<br><br>**Fed. R. Civ. P. 68**<br><br>Action Filed:  October 25, 2007 |

    Whereas Defendant has made an offer of judgment pursuant to Federal Rule of Civil Procedure 68 which Plaintiff has accepted, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    Judgment shall be entered in favor of Plaintiff Kevin Slowick and against Defendant E! Entertainment Television, Inc. (erroneously sued as Comcast Entertainment Group) in the amount of $15,000, which shall be the total amount Defendant shall be obligated to pay on account of any liability claimed in this action,

JUDGMENT
DWT 5670106v1 0030723-000054

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

and which sum shall include all costs of suit and attorneys' fees otherwise recoverable in this action;

2. Defendant has infringed Plaintiff's rights in certain copyrighted audio video images of Anna Nicole Smith which plaintiff captured on videotape during the 2004 Heatherette fashion show, identified in Paragraph 8 of the Complaint in this action (U.S. Copyright Office Registration No. Pau3-125-303) (the "Images") by broadcasting the Images as part of the program "The Life and Death of Anna Nicole Smith" on the E! television network;

3. Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns and all other persons in active concert or participation or in privity with them, are hereby enjoined from republishing the Images in any future broadcast by Defendant of the program "The Life and Death of Anna Nicole Smith."

THE CLERK SHALL ENTER THIS JUDGMENT.

DATED: 5/27/08               _____**PHILIP S. GUTIERREZ**_____
                                      UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ANDREW J. THOMAS


By: _____/S/_____
       Andrew J. Thomas
Attorneys for Defendant
E! ENTERTAINMENT TELEVISION,
INC. (erroneously sued as Comcast Entertainment Group)

JUDGMENT
DWT 5670106v1 0030723-000054
2
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899